UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD STOCKMEYER,

                Plaintiff,

  v.

D. FETROE, Director, CLIFFORD JOHNSON, Director, DALE ROBERTSON, PA-C, MCHS, AND JOHN AND JANE DOES,

                Defendants.

Case No. 3:16-cv-05614-BHS-KLS

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

      This matter is before the Court on plaintiff's filing of a request for an order compelling the "WSP Medical" to let him receive his medical files, and compelling the Superintendent of the Washington Corrections Center to supply him with the names of certain prison personnel. Dkt. 9. The Court shall treat plaintiff's requests as a motion to compel discovery. As defendants have not yet filed a responsive pleading to plaintiff's complaint, however, discovery in this matter is wholly premature.

      Accordingly, plaintiff's requests for discovery (Dkt. 9) hereby is DENIED. The Clerk is directed to send a copy of this Order.

      DATED this 30th day of September, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1