UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD STOCKMYER,

        Plaintiff,

v.

D. FETROE, et al.,

        Defendants.

CASE NO. C16-5614 BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 44. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendant Dale Robertson's motion for summary judgment (Dkt. 27) is **GRANTED;** all claims against Defendant Robertson are **DISMISSED with prejudice**.

Dated this 14th day of September, 2017.

                        BENJAMIN H. SETTLE
                        United States District Judge